IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSE LEE KEEL, III,

    Petitioner,

v.

PENNSYLVANIA BOARD
OF PROBATION AND PAROLE

    Respondents.

CIVIL ACTION
NO. 17-2779

## ORDER

**AND NOW**, this 19th day of September, 2018, upon considering Petitioner's Writ of Habeas Corpus (Docket No. 1), all supporting and opposing papers, and the Report of Recommendation of United States Magistrate Judge Elizabeth T. Hey (Docket No. 13), it is hereby **ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Docket No. 13) is **APPROVED AND ADOPTED**.

2. The motion to stay consideration of the habeas petition is **GRANTED**.

3. The petition for writ of habeas corpus is placed in suspense until the conclusion of the state court proceedings.

4. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state court proceedings so the habeas petition may proceed in this court.

        **BY THE COURT:**

        **/s/ Jeffrey L. Schmehl**
        Jeffrey L. Schmehl, J.