IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE LEE KEEL, III, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 17-2779 |
| PENNSYLVANIA BOARD OF PROBATION : | |
| AND PAROLE : | |

**ORDER**

AND NOW this 10th day of November 2020, upon careful and independent consideration of the amended petition for habeas corpus, the response, the Report and Recommendation of the United States Magistrate Judge Elizabeth T. Hey, and Petitioner's statements after the Report and Recommendation, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED;

3. There is no cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

/s/ *Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.